IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAUL GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-220 |
| | § | |
| BRYAN GORDY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Gonzalez's Declaration for entry of Default against Defendant Dr. Julianna Lindsey ("Lindsey"), Dkt. No. 28; the Attorney General's Advisory in Response to Gonzalez's declaration for entry of default, Dkt. No. 29; Gonzalez's Answer to the Attorney General's advisory, Dkt. No. 32; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 36; and Gonzalez's objections to the M&R, Dkt. No. 46.

After reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 36. Accordingly, the Court **DENIES** Gonzalez's request for entry of default, Dkt. No. 28, and **DISMISSES** Gonzalez's claims against Lindsey under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

SIGNED this 27th day of August 2019.

_____
Hilda Tagle
Senior United States District Judge